IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:08CR 5 - V |
|---|---|---|
| vs. | ) ) ) | **ORDER TO SEAL** |
| DAN IOSIF KALMAN BACIU<br>a/k/a "Dan Kalman" | ) ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 24th day of January, 2008.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, N.C.
JAN 24 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.